IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PELLEGRINO FOOD PRODUCTS            )
                                    )
        v.                          )
                                    )  CA 00-153 Erie
CITY OF WARREN, ET AL               )

## ORDER

AND NOW, this 3rd day of February, 2006, it appearing to the court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings/case impounded in the office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next 10 years.

Documents: Docs. 117 and 119

**Sean J. McLaughlin**
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge
Date: 2006.02.03 11:13:47 -05'00'

, Sean J. McLaughlin
U.S. DISTRICT JUDGE